UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 14 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| LARRY FRAZIER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 10-555 |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OPINION

The Court has denied plaintiff's motion to use a post office box as his mailing address, and to date he has filed no other document to state a basis for his request. Accordingly, the Court will deny the pending motions and dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12